FILED
RECEIVED
NOV -7 2003

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sammye A. Richardson,  )<br>      Plaintiff,  )<br>)<br>vs.  )<br>)<br>Judge Oliver Wanger, Judge Whitney )<br>Rimel, in his/her capacity as Justice of the )<br>Federal Court; for the Eastern Dist of )<br>Fresno California, Eastern Dist of Fresno )<br>California; First American Title; Its Pres. )<br>Parker Kennedy, in his capacity as agent )<br>for Company; Caswell Bell & Hillison in )<br>its capacity as agent for FATCO. Region )<br>14 and 17; Jeffery Lodge & Richard )<br>Cuellar in their capacity as U.S. Trustees )<br>office attorney/employees; Does 1-100 et, )<br>al:  )<br>)<br>      Defendants.  )<br>_____ ) | No. 03-CV-549-TUC-FRZ<br><br>**ORDER** |

    On October 30, 2003, Plaintiff Sammye A. Richardson, appearing pro se, filed a Verified Complaint and a motion to proceed in forma pauperis. On October 31, 2003, Plaintiff filed a "Correction to * Verified Complaint," which the Court has construed as an amended complaint. On November 3, 2003, Plaintiff filed a "Verified Complaint Subject to Claim of Unconstitutionality Trial By Jury Demanded," which the Court has construed as a second amended complaint.

    When an individual seeks to proceed in forma pauperis, the district court is authorized to preliminarily review the complaint and dismiss the complaint if it is "frivolous or malicious," "fails to state a claim on which relief may be granted," or "seeks monetary relief

against a defendant who is immune from such relief." 28 U.S.C. § 1915(e)(2)(B). It is impossible for the Court to preliminarily review a complaint when Plaintiff has filed amended complaint every day that the Court has been open since Plaintiff filed the original verified complaint.

Moreover, "[a] party may amend the party's pleading *once* as a matter of course at any time before a responsive pleading is served . . . . Otherwise a party may amend the party's pleading only by leave of court or by written consent of the adverse party." Fed. R. Civ. P. 15(a) (emphasis added). Plaintiff has already filed two amended complaints.

The Court will order Plaintiff not to file any further amended complaints in this action unless Plaintiff has obtained leave of the Court to do so. Any request for leave to amend the complaint will not be considered unless it is in the form of a motion that conforms to the requirements of the Federal Rules of Civil Procedure and the Uniform Rules of Practice for the United States District Court for the District of Arizona (the Local Rules). Unless the Court grants a motion to amend, the Court will conduct its preliminary review of the second amended complaint that was filed on November 3, 2003.

Accordingly,

**IT IS ORDERED** that Plaintiff **shall not** file any further amended complaints in this action unless Plaintiff has obtained leave of the Court to do so. Any request for leave to amend the complaint shall be in the form of a motion and shall conform to the requirements in the Federal Rules of Civil Procedure and the Rules of Practice for the United States District Court for the District of Arizona (the Local Rules).

DATED this 5th day of November, 2003.

(Frank R. Zapata)
United States District Judge