IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sammye A. Richardson,<br><br>    Plaintiff(s)/Petitioner(s),<br><br>vs.<br><br>Judge Oliver Wanter, et al.<br><br>    Defendant(s)/Respondent(s) | CASE NO. 03-549 TUC FRZ<br><br>ORDER FOR ADMISSION OF<br>ATTORNEY PRO HAC VICE |

Based upon the motion of __Mark L. Nations__ for admission to practice pro hac vice in this action on behalf of __Kern County Tax Collector and Treasurer__, and in accordance with Rule 1.5(b)(3) of the Rules of Practice of the United States District Court for the District of Arizona, IT IS HEREBY ORDERED that:

[X] the motion of attorney for admission to practice pro hac vice is granted.

[ ] the motion of attorney for admission to practice pro hac vice is denied and the admission fee ordered returned.

Dated this __16th__ day of __January__, ~~2002~~. 2004.

_____
UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE

(Rev. 5/02)