

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

SAMMYE A. RICHARDSON,

    Plaintiff,

vs.

OLIVER WANGER, in his capacity as Justice
of the Federal Court for the Eastern District
of Fresno, California

    Defendants.

CASE NO. 03-CV-549 - FRZ

ORDER FOR ADMISSION OF
ATTORNEY PRO HAC VICE

Based upon the motion of T. Robert Finlay for admission to practice pro hac vice in this action on behalf of FANNIE MAE; WRIGHT, FINLAY & ZAK, LLP; THOMAS ROBERT FINLAY (also erroneously sued as ROBERT FINLAY); LANCE WITHERS; and STOCKDALE REALTY, and in accordance with Rule 1.5(b)(3) of the Rules of Practice of the United States District Court for the District of Arizona, IT IS HEREBY ORDERED that:

    [X]    the motion of attorney for admission to practice pro hac vice is granted.

    [ ]    the motion of attorney for admission to practice pro hac vice is denied and the admission fee ordered returned.

Dated this 12th day of March, 2004.

_____
UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE