FILED ___ L___D
RECEIVED ___ COPY

MAR 23 2004

CLERK, U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___

FILED ___ LODGED
RECEIVED ___ COPY

MAR 26 2004

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SAMMYE A. RICHARDSON,          ) | CASE NO.  03-CV-549-TUC FRZ |
| Plaintiff(s)/Petitioner(s),    ) | |
| vs.                            ) | ORDER FOR ADMISSION OF ATTORNEY PRO HAC VICE |
| JUDGE OLIVER WANGER, et al.,   ) | |
| Defendant(s)/Respondent(s)     ) | |

    Based upon the motion of __ROBERT M. SHERFY__ for admission to practice pro hac vice in this action on behalf of __City of Bakersfield/City Manager Alan Tandy__ and in accordance with Rule 1.5(b)(3) of the Rules of Practice of the United States District Court for the District of Arizona, IT IS HEREBY ORDERED that:

    [X]    the motion of attorney for admission to practice pro hac vice is granted.

    [ ]    the motion of attorney for admission to practice pro hac vice is denied and the admission fee ordered returned.

Dated this __25th__ day of __March__, 20__04__.

*[signature]*

UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE

(Rev. 7/03)