FILED ___ LOD ✓
RECEIVED ___ COPY ___

MAR 23 2004

CLERK, U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

FILED ✓ LODGED ___
RECEIVED ___ COPY ___

MAR 26 2004

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SAMMYE A. RICHARDSON, ) <br> ) <br> Plaintiff(s)/Petitioner(s), ) <br> ) <br> vs. ) <br> ) <br> JUDGE OLIVER WANGER, et al., ) <br> ) <br> Defendant(s)/Respondent(s) ) | CASE NO. 03-CV-549-TUC FRZ <br><br> ORDER FOR ADMISSION OF ATTORNEY PRO HAC VICE |

Based upon the motion of **VIRGINIA GENNARO** for admission to practice pro hac vice in this action on behalf of **City of Bakersfield/City Manager Alan Tandy** and in accordance with Rule 1.5(b)(3) of the Rules of Practice of the United States District Court for the District of Arizona, IT IS HEREBY ORDERED that:

[X] the motion of attorney for admission to practice pro hac vice is granted.

[ ] the motion of attorney for admission to practice pro hac vice is denied and the admission fee ordered returned.

Dated this __25th__ day of __march__, 20__04__.

_____
UNITED STATES DISTRICT ~~MAGISTRATE~~
JUDGE

(Rev. 7 03)