UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

```
                                FILED _____ LODGED
                                RECEIVED _____ COPY
                                    APR  1 2004
                                CLERK U S DISTRICT COURT
                                DISTRICT OF ARIZONA
                                                    DEPUTY
```

| | |
|---|---|
| Sammye A. Richardson, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | JUDGMENT IN A CIVIL CASE |
| vs. ) | |
| ) | Case No. CV-03-00549-TUC-FRZ |
| Judge Oliver Wanger, et al., ) | |
| ) | |
| Defendants. ) | |

X   **DECISION BY COURT.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this case is **DISMISSED WITHOUT PREJUDICE** for failure to comply with Rule 8(a) and (e) of the Federal Rules of Civil Procedure.


March 31, 2004                           RICHARD H. WEARE
Date                                     CLERK

                                         *(signed)* M. Michelle Mejia
                                         (By) M. Michelle Mejia, Deputy Clerk


Copies to: J/B, FRZ, All Counsel,