IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sammye A. Richardson,<br><br>　　　Plaintiff,<br><br>vs.<br><br>Judge Oliver Wanger, et al.,<br><br>　　　Defendants. | No. 03-CV-549-TUC-FRZ<br><br>**AMENDED ORDER** |

　　Attorney Stephen H. Turner filed an application for admission to practice pro hac vice in this action on behalf of Defendant G.C. Services, L.P. Although Mr. Turner's application fully complies with Rule 1.5(b)(3) of the Rules of Practice of the United States District Court for the District of Arizona, the Court will deny the application because judgment was entered dismissing this case without prejudice on April 1, 2004.

　　Accordingly,

　　**IT IS ORDERED** that Stephen H. Turner, Esq.'s Application for Admission Pro Hac Vice (filed June 1, 2004) is **DENIED WITHOUT PREJUDICE.**

　　**IT IS FURTHER ORDERED** that the Clerk of the Court is **DIRECTED** to **RETURN** the admission fee paid by **the law firm of Martin, Hart & Fullerton, P.C., on behalf of** Mr. Turner.

　　DATED this 24th day of June, 2004.

　　　　　　　　　　　　　　　　　Frank R. Zapata
　　　　　　　　　　　　　　　　　United States District Judge